**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEZHOU RESUP IMPORT & EXPORT CO., LTD., et al., <br><br> Defendants. | Case No. 25-cv-1535 <br><br> **Judge Lindsay C. Jenkins** <br><br> **Magistrate Judge M. David Weisman** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| FQP-well888 | 19 |
| hontao | 26 |
| Ivarunner | 28 |
| Macago | 35 |
| Nailkiss Store | 37 |
| Oulepu-US | 86 |

Dated this 13th day of March 2025.　　　　Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Hannah Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
habes@gbc.law

*Counsel for Plaintiff Mattel, Inc.*